**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DELTROIT DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED, *et al.*,** | **1:25-cv-8956 (ALC)** |
| **Plaintiff,** | **ORDER SETTING ORAL ARGUMENT** |
| **-against-** | |
| **SELECTA GROUP B.V., *et al.*,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules oral argument for **July 28, 2026**, at 3:00 p.m. on the fully briefed Motions to Dismiss. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. For each fully briefed Motion, Plaintiff will have 5 minutes for argument, followed by 5 minutes from Defendant. The Court will then have questions before the parties are allowed 2 minutes for rebuttal from each side.

**SO ORDERED.**

**Dated:** July 23, 2026
**New York, New York**

ANDREW L. CARTER, JR.
United States District Judge