**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **DELTROIT DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED, *et al.*,** | : | **1:25-cv-8956 (ALC)** |
| **Plaintiff,** | : | **ORDER** |
| **-against-** | : | |
| **SELECTA GROUP B.V., *et al.*,** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

Per the parties' request, oral argument previously scheduled for July 28, 2026, is **ADJOURNED** to **August 4, 2026**, at 1:30 p.m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. For each fully briefed Motion, Plaintiff will have 5 minutes for argument, followed by 5 minutes from Defendant. The Court will then have questions before the parties are allowed 2 minutes for rebuttal from each side.

**SO ORDERED.**

**Dated:** July 27, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**