**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**DELTROIT DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED, *et al.*,**

**Plaintiff,**

**-against-**

**SELECTA GROUP B.V., *et al.*,**

**Defendant.**

---------------------------------------------------------x

**1:25-cv-8956 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties have requested telephonic access for the oral arguments scheduled August 4, 2026. Any represented party or expert wishing to attend the hearing virtually may contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** August 4, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**